# COMPLAINT

(for non-prisoner filers without lawyers)

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 APR -9 A 11: 20

CLERK OF COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Plaintiff Taurus Clyde Hill II

v.

(Full name of defendant(s))

UW White water
Employee/s ~~Head~~ Manager Got a weire Name but He work For UW White water and every body refuse Give Me His name
Dish washer

Case Number:

**26-C -601**

(to be supplied by Clerk of Court)

A.    PARTIES

1.    Plaintiff is a citizen of **United States** and resides at

_____
(State)

_____
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.    Defendant **Restruant serve food** Place, Location city White water

_____
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of _UW White Water Yes_

(State, if known)

and (if a person) resides at _Private Corporation Serve Food_

(Address, if known)

and (if the defendant harmed you while doing the defendant's job) Yes my repretation To work any Job, everybody who work at UW whiter water. Know, I Got out incarceration why StaFF, Manager Descrimination worked for Toward Me, Follow Me around UW Compound as IF I'm stealen and Retailation, Target My (Employer's name and address, if known) Incarcevetion Ferm In prison April 8, 2026 Manager Fire Me. now

(If you need to list more defendants, use another piece of paper.) I'm Filing For work -er's Compensation Due To Scrimination and expoose My Crimin

B. STATEMENT OF CLAIMal Prison, also I'm black american age 56

On the space provided on the following pages, tell:

1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

UW white water's First shift Manager serimination And Base his Judgment off my Privel and life Term Incarcevation, I done Labor work For UW white water And They Hire Me Through an Temp Service own by My Pastor and He's begain to wounder why is it I'm Get Fire Once at UW white water 8, 2026 I Told Pastor les; because My Prison Record and I'm a black american Who got a history of Crime, That why I'm being watch and The Manager have staFF every wen I go I'm being Follow and This behavior Toward Mr T Hill Desturve and prevent Mr Hill To Focus on his work as a Dishwasher For UW white water

Complaint – 2

I'm Filing under Workers Compensation
under section employee Being scrimination Due to expouse
mr T Hill criminal history PHI To other employee and Hill Black
American man who Doesnt got GED
I Can tell The manager Violate Taurus clyde Hill
Protection under employee's Rights and Job's Title
also scrimination, Retoilation and Targe employee
like my self Due To My Private PHI and Criminal
history being expouse to UW white water staFF also staff
student I know I'm Filing This claim on manager can be
Seen on Camera Following Me around The uw white
water compound while I'm worken a normal eazy
Job Description Dish washer, now Just because, Im
a black american African That pont mean For
any Corporation to scriminate Toward any
employees who have a criminal history Is Kept
secaret not supose to Release any employee Private
Information to Know staff, so Im Appling and
base my claim against manager Who work
April 8 2026 also lost Pay all Days Im missing
I settle Compensation and Im willing to set monthly
Pay For all my Rent, exspence, clothes, Food, Transportation
To works, and Fourth home, Im being reJected and Fire
all Do because oF My Prison Term and Color, also being retadete
harrassment, Feel Violated Due to Follow me around uw.
white water employee/s Target my criminal record and past
history I Just were release From RCI prison Feb 10, 2026

Case 2:26-cv-00601-LA    Filed 04/09/26    Page 3 of 5    Document 1

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is

worker's $ Compensation A Total oF $7,00,000,00

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Reveiw Camera also why I'm The only Guy Being Interrgation and follow and why I'm Being Target also harrassed, Retailete by staff, manager, It's make me Uncomfernble to Perform why worken I'm lossing money and out of A Job Due To scrimination, Retailetiin Prison Term My repretation being broad cast to Students and staff employee Gave all these staff my Private Information Just Reveiw Camera and everything would unfold.

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___April___ day of _8_ _____ 20_26_.

Respectfully Submitted,

_Tauro Clyde Hill II_
Signature of Plaintiff

_Tauro Clyde Hill II_
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_2212 W National st_

_Milwaukee - WI 53204_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5